# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTONIO SANTO LEMOS and CARLOS DUENAS, GERSON IVAN FLORES, GERARDO DERAS, OSMAN NUNEZ, and AMILCAR GUERRERO, on behalf of themselves and all others similarly situated,** <br> **Plaintiffs,** <br><br> v. <br><br> **TASCH, L.L.C. and JACK R. ALLEN, JR.** <br><br> **Defendants.** | Civil Action No. 17-7212 S (4) <br><br> Jury Trial Demanded |

## JOINT/UNOPPOSED MOTION FOR SETTLEMENT APPROVAL

For the reasons set forth in the accompanying Memorandum in Support, Plaintiffs and Defendants respectfully request that the Court grant this Joint/Unopposed Motion for Settlement Approval and approve the settlement agreement reached between the parties.

Dated:  July 25, 2018

Respectfully Submitted:

**WILLIAMS LITIGATION, L.L.C.**

By:  s/Christopher L. Williams
CHRISTOPHER L. WILLIAMS
La. Bar Roll No. 32269
639 Loyola Ave., Suite 1850
New Orleans, LA 70113
Telephone: 504.308.1438
Fax: 504.308.1446
chris@williamslitigation.com

/s/ Stephen Haedicke
STEPHEN J. HAEDICKE (#30537)
1040 Saint Ferdinand St.
New Orleans, LA 70117
Telephone: 504-291-6990
Fax: 504 291-6998
Stephen@haedickelaw.com

S/Cristian P. Silva
Cristian P. Silva (LA. Bar 32052)
CRISTIAN P. SILVA LAW OFFICE, LLC
1818 Manhattan Blvd., Ste. 2
Harvey, Louisiana 70058
Tel: 504-301-2549
Fax: 504-301-3381
E-mail: cristian@silvalawfirm.net

*Attorneys for Plaintiffs*

**BREAZEALE, SACHSE & WILSON, L.L.P.**
EVE B. MASINTER (LSBA NO. 1218)
SUNNY MAYHALL WEST (LSBA NO. 33968)
909 Poydras Street, Suite 1500
New Orleans, LA 70112-4004
Telephone: (504) 619-1800
Fax: (504) 584-5452
Email: Eve.Masinter@bswllp.com
Email: Sunny.West@bswllp.com
*Attorneys for Tasch, LLC and Jack R. Allen, Jr*.

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Stephen J. Haedicke