UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTONIO SANTOS LEMONS, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 17-7212** |
| **TASCH, L.L.C., ET AL.** | **SECTION: "S" (4)** |

**AMENDED JUDGMENT**

On August 16, 2018, plaintiffs filed an *Ex Parte* Consent Motion to Substitute Document and Amended Record Document #82, Order and Judgment, To Correct Technical Errors (Doc. #83). In that motion, plaintiffs informed the court that they inadvertently omitted one plaintiff from the Exhibit A to their Joint/Unopposed Motion for Settlement Approval (Doc. #81-3), which listed the amount of the settlement due to each plaintiff. Plaintiffs also stated that this mistake led to an inaccuracy in the amount of $14.20 in the total amount of the settlement proceeds that will be distributed to the plaintiffs. Because the court granted plaintiffs' motion to substitute the document, the judgment is hereby AMENDED to reflect that plaintiffs will receive a total of $155,228.76, and plaintiffs' counsel will receive $94,771.24 as attorneys' fees.

New Orleans, Louisiana, this  22nd  day of August, 2018.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**